# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Fitzsimmons, Holly B**

Report Year: 2018

**Amended Report**

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  Holly B Fitzsimmons [electronically signed on 05/20/2020 by  Holly B Fitzsimmons in JEFS]**

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.
I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.
**/s/  Holly B Fitzsimmons [electronically signed on 07/04/2019 by  Holly B Fitzsimmons in JEFS]**

Public Annotations:

### COMMENT

The only change to the previously filed report is that the Positions section created a software error when the Other description was used. None of the dropdown options accurately describe the position of administrator of 2  probate estates, but the closest descriptor was trust.

## I. Positions

| # | ORGANIZATION NAME | | ORGANIZATION TYPE | POSITION HELD |
|---|---|---|---|---|
| 1 | Probate estates (2) | See Note | Probate estates | Executor |

## II. Agreements

None

## III A. Filer's Non-Investment Income

None

## III B. Spouse's Non-Investment Income

None

## IV. Reimbursements

None

## V. Gifts

None

## VI. Liabilities

None

---

## VII. Investments and Trusts

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Brokerage acct (H) | | | | | | | | |
| 1.1 | --ATT common stock | | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 1.2 | --Ameriprise Insured Money Market fund (AIMMA) | See Note | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| 1.3 | 4 IRAs, -cash portions in AIMMA | | $1,000 or less | Interest | $50,001 - $100,000 | Cash Market | | | |
| 1.3.1 | 4 IRAs, see lines 20 et seq. - cash portions in AIMMA | | | | | | Donated | | |
| 2 | Roth #1 Co. (H) | | | | | | | | |
| 2.1 | ---CAT common stock | | $1,000 or less | Dividend | None | Cash Market | | | |
| 2.1.1 | ---CAT common stock | | | | | | Sold | 08/08/2018 | $15,001 - $50,000 |
| 2.2 | ---DIS common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.3 | --XLP SPDR ETF | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.4 | ---XLU SPDR ETF | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2.5 | ---XLV SPDR ETF | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.6 | --GNTX common stock | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 2.7 | --GILD common stock | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 2.8 | --OAK | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.9 | --OKE common stock | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2.10 | --PAG common stock | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 2.11 | ENB | None | None | $15,000 or less | Cash Market | | | |
| 2.11.1 | ENB | See Note | | | | Purchased | 12/18/2018 | $15,000 or less |
| 2.12 | SEP | See Note | $1,000 or less | Distribution | None | Cash Market | | | |
| 2.12.1 | SEP | | | | | Purchased | 03/19/2018 | $15,000 or less |
| 2.13 | FUN | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.13.1 | FUN | | | | | Purchased | 08/08/2018 | $15,000 or less |
| 2.14 | IRM | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.14.1 | IRM | | | | | Purchased | 08/08/2018 | $15,000 or less |
| 2.15 | SKT | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 2.15.1 | SKT | | | | | Purchased | 08/08/2018 | $15,000 or less |
| 3 | Roth # 2   (H) | | | | | | | |
| 3.1 | -AAPL | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 3.2 | --TSLA | | None | $15,001 - $50,000 | Cash Market | | | |
| 3.3 | OAK | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 3.3.1 | OAK | | | | | Purchased | 03/19/2018 | $15,000 or less |
| 3.4 | ADNT | None | None | $15,000 or less | Cash Market | | | |
| 3.4.1 | ADNT | | | | | Purchased | 10/23/2018 | $15,000 or less |
| 3.5 | Google Inc. - Class A Common Stock | None | None | $15,000 or less | Cash Market | | | |
| 3.6 | SAM | None | None | $15,000 or less | Cash Market | | | |
| 3.7 | ENB | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 4 | --GPT | $1,000 or less | Dividend | None | Cash Market | | | |
| 4.1 | --GPT | | | | | Sold | 10/11/2018 | $15,000 or less |
| 5 | IRA #3   (H) | | | | | | | |
| 5.1 | --TSLA | None | None | None | Cash Market | | | |
| 5.1.1 | --TSLA | | | | | Sold | 12/03/2018 | $15,001 - $50,000 |
| 5.2 | NGG | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 5.2.1 | NGG | | | | | Purchased | 03/19/2018 | $15,000 or less |
| 5.3 | ROIC | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 5.3.1 | ROIC | | | | | Purchased | 03/19/2018 | $15,000 or less |
| 6 | IRA #4   (H) | | | | | | | |
| 6.1 | --GOOG | | None | $1 - $15,000 | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 6.2 | --BRK-B | | | None | $15,001 - $50,000 | Cash Market | | | |
| 6.3 | --BABY | | | None | $1 - $15,000 | Cash Market | | | |
| 6.4 | --ENSG | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 6.5 | --EGOV | | $1,000 or less | Dividend | $1 - $15,000 | Cash Market | | | |
| 6.6 | --SHOP | | | None | $15,001 - $50,000 | Cash Market | | | |
| 6.7 | --ILMN | | | None | $1 - $15,000 | Cash Market | | | |
| 6.8 | BPY | | $1,000 or less | Distribution, Dividend | $15,000 or less | Cash Market | | | |
| 6.8.1 | BPY | | | | | | Purchased | 08/08/2018 | $15,000 or less |
| 7 | TD Bank | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 8 | Sikorsky FCU | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 9 | 3 rental units, ▆▆▆▆ Connecticut | See Note | $5,001 - $15,000 | Rent | $100,001 - $250,000 | Estimated | | | |

## Additional Information or Explanation

| PART | # | NOTE |
|---|---|---|
| I. | 1 | The only remaining assets of these estates are savings bonds, none of which individually meets the threshold for disclosure. |
| VII. | 1.2 | Cash from brokerage and IRA accounts deposited (without filer input) into First TN Bank and US Bank. |
| VII. | 2.11.1 | Merger with Spectra |

| PART | # | NOTE |
|------|-----|------|
| VII. | 2.12 | This was merged into Enbridge 12/18/2018. |
| VII. | 9 | Rental units part of personal residential property. Not separately valued or assessed. |